JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA STONG,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:25-cv-00374-FWS-MBK<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 5/5/2025

_____
HON. MICHAEL B. KAUFMAN
United States Magistrate Judge

-1-